RACHEL R. DAVIDSON (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: 415-882-8200
Facsimile: 415-882-8220

J. MICHAEL KEYES, *Pro Hac Vice Application to be filed*
KJIRSTIN J. GRAHAM (State Bar No. 239485)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Plaintiff
WALL MOUNTAIN COMPANY, INC.

E-filing



FILED

MAY 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

PVT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WALL MOUNTAIN COMPANY, INC., an Idaho corporation,

Plaintiff,

v.

GARY EDWARDS, an individual, DOES 1 through 25,

Defendants.

CV 08 No. 2579

COMPLAINT FOR WILLFUL COPYRIGHT INFRINGEMENT IN VIOLATION OF 15 U.S.C. § 501, *et. seq.*, FALSE DESIGNATION OF ORIGIN IN VIOLATION OF 15 U.S.C. § 1125, *et. seq.*, CONSTRUCTIVE TRUST AND ACCOUNTING

DEMAND FOR JURY TRIAL

Wall Mountain Company, Inc. ("WMC") hereby alleges as follows:

## INTRODUCTION

1.    This is an action by WMC to recover damages arising from infringement of WMC's copyrights and/or trademarks by defendant, and to enjoin defendants' future

1  infringements. Defendants are actively engaged in trafficking counterfeit WMC welding

2  DVDs. In addition to damages and injunctive relief, WMC seeks an accounting, the

3  imposition of a constructive trust upon Defendants' illegal profits, and other injunctive relief.

4  **THE PARTIES**

5     2.    Plaintiff WMC is an Idaho corporation with its principal place of business in

6  Bonners Ferry, Idaho. WMC creates, produces, advertises, markets, distributes and sells a

7  number of instructional welding videos and DVDs.

8     3.    WMC is informed and believes, and thereon alleges, that Defendant Gary

9  Edwards ("Defendant") is a citizen of Ontario, Canada. *See* Counter Notice Regarding

10 Removed Listing, filed by Gary Edwards and listing their address in Victoria Harbour,

11 Ontario, Canada, which is attached hereto as Exhibit A and incorporated by reference as

12 though set forth fully herein.

13    4.    The true names and capacities of defendant Does 1-25, inclusive, are presently

14 unknown. WMC is informed and believes, and thereon alleges, that Does 1-25 have actively

15 participated in the unlawful conduct alleged herein. WMC sues the Doe defendants by

16 fictitious names and will amend the Complaint when the true names and capacities of the Doe

17 defendants become known to WMC.

18    5.    WMC is informed and believes, and thereon alleges, that each defendant was

19 and is the agent and/or representative of the remaining defendants, and that in doing the things

20 alleged herein, acted and continues to act with the knowledge and consent of the remaining

21 defendants.

22

23

24

25

26 COMPLAINT FOR WILLFUL COPYRIGHT
   INFRINGEMENT, FALSE DESIGNATION
   OF ORIGIN., CONSTRUCTIVE TRUST
   AND ACCOUNTING -                    2

## JURISDICTION AND VENUE

6.     This Court has personal jurisdiction over Defendants who have expressly consented in writing to the jurisdiction of the Federal District Court, County of Santa Clara, California. *See* Counter Notice Regarding Removed Listing, ¶ II attached as Exhibit A.

7.     This Court has subject matter jurisdiction over WMC's claims for false designation of origin, copyright infringement and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

8.     Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(d) because Plaintiff is informed and believes, and thereon alleges, that Defendant Gary Edwards is an alien and citizen of Canada and may be sued in any district. Moreover, Defendants have expressly consented in writing to the jurisdiction of the Federal District Court, County of Santa Clara, California. *See* Exhibit A.

## INTRADISTRICT ASSIGNMENT

9.     Intradistrict assignment of any Division of the Northern District is proper under Local Rule 3-2(c) and the Assignment Plan of this Court as an "Intellectual Property Action."

## FACTS COMMON TO ALL CLAIMS

10.     WMC creates, produces, advertises, markets, distributes and sells a number of instructional welding videos. WMC has sold welding videos in VHS format since 1996. In 2004, WMC released the videos on DVD. WMC's videos feature close-up demonstrations of actual welding and cutting processes by WMC's President Steve Bleile, an American Society of Mechanical Engineers certified welder with over 25 years of experience and current owner/operator of a custom fabrication shop.

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                      3

11.   WMC's instructional welding videos are currently used by over 3,000 high school, college and industrial welding programs, as well as farmers, contractors, metal sculptors, tradesmen and all around "tinkerers".  WMC has maintained a presence as an eBay seller on eBay.com (www.ebay.com) since in or about October 2005 under the ID "wallmountain" and has participated in eBay's VeRO program since in or about November 2005.

12.   WMC's Products:  Among its videos, WMC has created, produced, advertised, marketed distributed and sold welding DVDs titled "Arc Welding II" and "Torch Cutting."

a.   Arc Welding II DVD ("Arc Welding II"):  Arc Welding II, first released in 2002, provides a review of basic fundamentals of arc welding and an in-depth look, through detailed explanations and demonstrations, at metal preparation, fit-up and welding techniques for different types of weld joints.  Since 2004, WMC has sold Arc Welding II on a "retail ready" DVD (DVD-5) enclosed in a plastic DVD case with a color photo of Mr. Bleile and the title "Arc Welding II" on its front cover.  The back cover bears the name "WMC" and Wall Mountain Company, Inc.'s 2005 copyright registration.  The label on the DVD disc is black with white lettering and white and red linear designs and bears the title "WMC Wall Mountain Company, Inc. Arc Welding II."  A Registration Certificate for Arc Welding II is attached hereto as Exhibit B.  A copy of the Arc Welding II DVD is attached hereto as Exhibit C.

b.   Torch Cutting DVD ("Torch Cutting"):  Torch Cutting, first released in 1999, provides an in-depth guide to using the cutting torch effectively.  The DVD provides detailed explanations and close-up demonstrations regarding equipment set-up and adjustments, cutting various metals, gas pressure settings, and practical cutting situations.  Since, 2004, WMC has sold Torch Cutting on a "retail ready" DVD (DVD-5) enclosed in a

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                              4

plastic DVD case with a color photo of Mr. Bleile and the title "Torch Cutting" on its front cover. The back cover bears the name "WMC" and Wall Mountain Company, Inc.'s 2000 copyright registration for Torch Cutting. The label on the DVD disc is black with white lettering and white and red linear designs and bears the title "WMC Wall Mountain Company, Inc. Torch Cutting." A Registration Certificate for Torch Cutting is attached hereto as Exhibit D. A copy of the Torch Cutting DVD is attached hereto as Exhibit E.

13. WMC has created, produced, advertised, marketed, distributed and sold its welding videos under the trademarks "Wall Mountain Company" and "WMC" since 1996. WMC has also designed distinctive and aesthetically pleasing logos, graphic images, slogans, words, terms, titles, labels, and packaging (collectively, "WMC's designs") for its videos, including its DVDs. The WMC trademark and designs are used to distinguish WMC's products from the products of others in the same or related fields.

### DEFENDANTS' INFRINGEMENT

14. Since at least as early as January 2008, Defendants actively engaged in the illegal and unlawful business of advertising, distributing and selling counterfeit videos, including DVDs covered by WMC's registered copyright and bearing WMC's trademarks "Wall Mountain Company" and "WMC," as well as WMC's designs or imitations thereof.

15. Defendants advertised and distributed counterfeit WMC DVDs in interstate commerce by using, among other means, the Internet auction website eBay.com (www.eBay.com) acting under the eBay identification "garyco2006." In conjunction with their listings on eBay.com, Defendants used images and text copied from WMC's instructional welding DVDs to advertise the DVDs.

16. For example, on or about January 11, 2008, Defendants listed for sale a Torch Cutting DVD (eBay Item No. 190189796446) and Arc Welding II DVD (eBay Item No.

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                                    5

360013168772).  Defendants advertised the DVDs in new condition and at a starting price lower than WMC's wholesale costs to distributors.   In conjunction with their eBay advertisements and listings, Defendants also copied WMC's advertising text from WMC's eBay auction listings and WMC's official website: www.weldingvideos.com.

17.     On or about January 18, 2008, both the Torch Cutting and Arc Welding DVDs were sold.  *See* eBay Bid History for Item Nos. 190189796446 and 360013168772, attached hereto as Exhibit F.

18.     Defendants then listed for sale a quantity of two each of the Arc Welding II DVDs (eBay Item No. 190191468606), and Torch Cutting DVDs (eBay Item Number 360014776042).  All four items sold on January 18, 2008.  *See* eBay Buyers History for Item Nos. 190191468606 and 360014776042, attached hereto as Exhibit G.

19.     On or about January 19, 2008, Defendants listed another Arc Welding II DVD (eBay Item No. 190192025179) and another Torch Cutting DVD (eBay Item No. 190192025417).  *See* eBay Bid History for Item Nos. 190192025179 and 190192025417, attached hereto as Exhibits H.

20.     On or about January 20, 2008, WMC filed an Electronic Notice of Claimed Infringement through eBay's VeRO program asserting a good faith belief that Item Numbers 190192025179, 190192025417, 190189796446, 360014776042, 190191468606 and 360013168772 listed on eBay.com by Defendants using eBay ID: garyco2006 were unlawful copies of WMC's instructional welding DVDs.  *See* WMC Electronic Notice, attached hereto as Exhibit I.

21.     On or about January 21, 2008, eBay removed the items from its website.

22.     On or about January 28, 2008, WMC was notified that Defendants had filed a Counter Notice Regarding Removed Listing.  Defendant Gary Edwards certified under sworn

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                                         6

penalty of perjury that he had a good faith belief that the Item Numbers identified in WMC's Electronic Notice, as well four additional eBay Item Numbers, did not involve infringing materials or the uses have been identified as infringing by mistake or due to misidentification. *See* Counter Notice, attached hereto as Exhibit J.

23.    On February 11, 2008, eBay reinstated Defendants' items.

24.    Thereafter, Defendants re-listed multiple auctions and "Buy It Now" listings of WMC's Arc Welding II and Torch Cutting DVDs.    *See, e.g.,* eBay Buyers and Bid Histories, attached as Exhibit K.

25.    When Defendants failed to cease their illegal practices, even after receiving notice through eBay's VeRO program, WMC caused one or more orders of the Arc Welding II DVD and the Torch Cutting DVD on eBay.com (www.eBay.com) from Defendants, who, like the other listings alleged in this Complaint, sold the items under the eBay identification "garyco2006." WMC subsequently verified that at least one of those Arc Welding II and one of those Torch Cutting DVDs are counterfeited WMC DVDs that have been copied on DVD +/- R discs. WMC has never sold any of its copyrighted instructional welding DVDs on DVD +/- R discs and has never granted commercial replication rights to anyone. A copy of the two counterfeit DVD +/- R discs are attached hereto as Exhibit L.

26.    Defendants' continued distribution and sale of counterfeit WMC DVDs has caused and is continuing to cause consumers to be confused, mistaken or deceived about the authenticity of WMC's products advertised, marketed, distributed and sold by Defendants. Defendants' wrongful conduct has caused and is continuing to cause harm to WMC's business reputation and goodwill.

27.    Defendants' violations are willful, deliberate and committed with prior notice and knowledge of WMC's copyrights and trademark. Defendants' wrongful conduct has

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                         7

1   caused and will continue to cause significant and irreparable harm to WMC.  WMC brings

2   this action to recover damages for the harm it has sustained, to impose a constructive trust

3   upon Defendants' illegal profits and assets purchased with those profits, and to obtain

4   injunctive relief prohibiting Defendants' further violations and infringements.

5                              **FIRST CAUSE OF ACTION**

6                  **(Copyright Infringement, 17 U.S.C. §§ 510, _et. seq._)**

7                              **(Against All Defendants)**

8           28.    WMC repeats and incorporates by reference each and every allegation set forth

9   in paragraphs 1 through 27, inclusive.

10          29.    WMC is the sole owner and licensor of the DVDs identified in paragraph 12

11  above, as well as other videos covered by WMC's registered copyrights and bearing WMC's

12  trademarks and WMC's designs, or imitations thereof, and of all corresponding copyrights

13  and Certificates of Registration.

14          30.    Defendants have infringed the copyrights in WMC's DVDs identified in

15  paragraph 12 above, and bearing WMC's trademarks or imitations thereof, by distributing

16  infringing materials in the United States of America, without approval or authorization from

17  WMC.

18          31.    Defendants' conduct has been willful within the meaning of the Copyright Act.

19  At a minimum, Defendants acted with willful blindness to and in reckless disregard of

20  WMC's registered copyrights.

21          32.    As a result of their wrongful conduct, Defendants are liable to WMC for

22  copyright infringement.  WMC has suffered, and will continue to suffer, substantial losses,

23  including, but not limited, to, damage to its business reputation and goodwill.  WMC is

24

25
    COMPLAINT FOR WILLFUL COPYRIGHT
26  INFRINGEMENT, FALSE DESIGNATION
    OF ORIGIN., CONSTRUCTIVE TRUST
    AND ACCOUNTING -                                8

1  entitled to recover damages, which include its losses and all profits Defendants have made as

2  a result of their wrongful conduct, pursuant to 17 U.S.C. § 504(b).

3      33.    Alternatively, WMC is entitled to statutory damages pursuant to 17 U.S.C.

4  § 504(c). In addition, because Defendants' infringement has been willful within the meaning

5  of the Copyright Act, the award of statutory damages should be enhanced pursuant to

6  17 U.S.C § 504(c)(2).

7      34.    WMC is also entitled to injunctive relief enjoining Defendants' wrongful

8  conduct pursuant to 17 U.S.C. § 502 and an order impounding all infringing materials

9  pursuant to 17 U.S.C. §§ 503 and 509(a).  WMC has no adequate remedy at law for

10  Defendants' wrongful conduct because, among other things: (a) WMC's copyrights are

11  unique and valuable property which have no readily determinable market value; (b)

12  Defendants' infringement harms WMC's business reputation and goodwill such that WMC

13  could not be made whole by any monetary award; and (c) Defendants' wrongful conduct, and

14  the resulting damage to WMC, is continuing.

15      35.    WMC is also entitled to recover its attorney's fees and costs pursuant to

16  17 U.S.C. § 505.

17              **SECOND CAUSE OF ACTION**

18      **(False Designation of Origin, 15 U.S.C. §§ 1125, _et. seq._)**

19              **(Against All Defendants)**

20      36.    WMC repeats and incorporates by reference each and every allegation set forth

21  in paragraphs 1 through 35, inclusive.

22      37.    Because WMC advertises, markets, distributes and sells its instructional

23  welding DVDs under the trademarks "Wall Mountain Company" and "WMC," these

24

25

26  COMPLAINT FOR WILLFUL COPYRIGHT
    INFRINGEMENT, FALSE DESIGNATION
    OF ORIGIN., CONSTRUCTIVE TRUST
    AND ACCOUNTING -              9

1  trademarks are the means by which WMC's videos, including its DVDs, are distinguished

2  from the videos or products of others in the same or related fields.

3          38.     Because of WMC's long, continuous and exclusive use of these trademarks, it

4  has come to mean, and is understood by customers, end users, and the public to signify

5  videos, including DVDs, or services of WMC.

6          39.     WMC has designed distinctive and aesthetically pleasing logos, graphic

7  images, slogans, words, terms, titles, labels, and packaging (collectively, "WMC's designs")

8  for its videos, including its DVDs.

9          40.     Defendants' wrongful conduct includes the use, advertising, marketing,

10 offering or distribution of WMC's marks, names, and/or imitation designs (specifically, logos,

11 graphic images, slogans, words, terms, titles, labels and/or packaging) that are virtually

12 indistinguishable from WMC's designs, in connection with their goods and services.

13         41.     Defendants engaged in such wrongful conduct with the willful purpose of (a)

14 misleading, deceiving or confusing customers and the public as to the origin and authenticity

15 of the goods and services, offered, marketed or distributed in connection with WMC's marks

16 and names and the imitation designs and (b) trading upon WMC's business reputation and

17 goodwill.

18         42.     Defendants' conduct constitutes (a) false designation of origin, (b) false or

19 misleading description, and (c) false or misleading representation that the imitation visual

20 designs originate from or are authorized by WMC, all in violation of section 43(a) of the

21 Lanham Trademark act, set forth at 15 U.S.C. § 1125(a).

22         43.     Defendants' wrongful conduct is likely to continue unless restrained and

23 enjoined.

24

25

26  COMPLAINT FOR WILLFUL COPYRIGHT
    INFRINGEMENT, FALSE DESIGNATION
    OF ORIGIN., CONSTRUCTIVE TRUST
    AND ACCOUNTING -                          10

44.     As a result of defendants' wrongful conduct, WMC has suffered and will continue to suffer substantial losses, including, but not limited to, damage to its business reputation and goodwill.

45.     WMC is entitled to injunctive relief enjoining Defendants' wrongful conduct pursuant to 15 U.S.C. § 1125(a), and to an order impounding all imitation marks, names and imitation designs, and all products bearing same, being used, offered, advertised, marketed, distributed or sold by Defendants.  WMC has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) WMC's marks, names and designs are unique and valuable property, which have no readily determinable market value; (b) Defendants' advertising, marketing, installation or distribution of products bearing WMC's marks and names and imitation designs constitutes harm to WMC's business reputation and goodwill such that WMC could not be made whole by any monetary award; and (c) Defendants' wrongful conduct, and the resulting damage to WMC is continuing.

46.     WMC is also entitled to recovery its attorney's fees and costs of suit pursuant to 15 U.S.C. § 1117.

### THIRD CAUSE OF ACTION

### (Constructive Trust Upon Illegal Profits)

### (Against All Defendants)

47.     WMC repeats and incorporates by reference each and every allegation set forth in paragraphs 1 through 46, inclusive.

48.     Defendants' acts and conduct constitute deceptive, fraudulent, and wrongful conduct in the nature of passing off the infringing DVDs as approved or authorized by WMC.

49.     By virtue of Defendants' wrongful acts and conduct, Defendants' have illegally received money and profits that rightfully belong to WMC.

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                              11

50.    WMC is also entitled, pursuant to 15 U.S.C. § 117(a) and 17 U.S.C.§ 504(b), to recover all profits of Defendants that are attributable to their acts of infringement or violations thereof.

51.    Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, and personal property (including motor vehicles) that can be located and traced.

52.    Defendants hold the money and profits they illegally received as constructive trustee for the benefit of WMC.

## FOURTH CAUSE OF ACTION

### (Accounting)

### (Against All Defendants)

53.    WMC repeats and incorporates by reference each and every allegation as set forth in paragraphs 1 through 52, inclusive.

54.    WMC is entitled pursuant to 15 U.S.C. § 1117(a) and 17 U.S.C. § 504(b), to recover all profits of Defendants that are attributable to their acts of infringement or violations thereof.

55.    The amount of money due from Defendants to WMC is unknown to WMC and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material offered for distribution and distributed by Defendants.

## PRAYER FOR RELIEF

WHEREFORE, WMC respectfully requests judgment as follows:

56.    That the Court enter a judgment against Defendants finding that they have:

a.    willfully infringed WMC's rights in federally registered copyrights;

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                          12

b.    committed and are committing acts of false designation of origin, false or misleading description of fact, and false or misleading representation against WMC; and

c.    otherwise injured the business reputation and business of WMC by the acts and conduct set forth in this Complaint;

57.    That the Court issue preliminary and permanent injunctive relief against Defendants, and that Defendants, their agents, representatives, servants, employees, attorneys, successors, and assigns, and all others in active concert or participation with Defendants, be enjoined and restrained from:

a.    imitating, copying or making any other infringing use or infringing distribution of the videos and/or materials protected by WMC's copyrights and/or trademarks;

b.    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any video, including VHS or DVD, item or thing bearing any simulation, reproduction, counterfeit, copy or colorable imitation of video (including VHS or DVD), item or thing protected by WMC's copyrights and/or trademarks.

c.    using any simulation, reproduction, counterfeit, copy or colorable imitation of WMC's registered copyrights and/or trademarks, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion or display of any video (including VHS or DVD), item, and/or thing not authorized or licensed by WMC.

d.    using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public erroneously to believe that any video (including VHS or DVD), item or thing has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold,

1  offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved or

2  authorized by or for WMC, when such is not true in fact.

3      e.    using reproductions, counterfeits, copies or colorable imitations of

4  WMC's copyrighted and trademark protected software and other materials in the distribution,

5  offering for distribution, circulating, sale, offering for sale, advertising, importing, promoting

6  or displaying of any merchandise not authorized or licensed by WMC;

7      f.    using the names, logos, or other variations thereof, of any of WMC's

8  copyright and/or trademark-protected videos (including VHS and DVD) in any of

9  Defendants' trade or corporate names;

10      g.    engaging in any other activity constituting an infringement of any of

11  WMC's copyrights and/or trademarks or of WMC's rights in or right to use or exploit these

12  copyrights and/or trademarks; and

13      h.    assisting, aiding or abetting any other person or business entity

14  engaging in or performing any of the activities referred to in subparagraphs a through g

15  above.

16      58.    That the Court enter an order impounding all counterfeit and infringing WMC

17  videos (including VHS and DVD) and/or materials bearing any WMC trademark or any

18  WMC documentation or packaging, and any related items, including business records, that are

19  Defendants' possession or under Defendants' control, and ordering the remedial destruction

20  of all impounded items.

21      59.    That the Court enter an order declaring that Defendants hold in trust, as

22  constructive trustee for the benefit of WMC, all "profits" received by Defendants from their

23  distribution or sale of counterfeit and infringing WMC videos (including VHS and DVD)

24  and/or materials, and issue temporary, preliminary and injunctive relief enjoining and

25

26  COMPLAINT FOR WILLFUL COPYRIGHT
   INFRINGEMENT, FALSE DESIGNATION
   OF ORIGIN., CONSTRUCTIVE TRUST
   AND ACCOUNTING -              14

1  restraining Defendants and their agents from transferring, concealing or dissipating all profits

2  and assets acquired in whole or in part with those profits.

3      60.    That the Court enter an order requiring Defendants to provide WMC a full and

4  complete accounting of all profits received by Defendants from their distribution or sale of

5  counterfeit and infringing WMC software and/or materials, and any other amounts due and

6  owing to WMC as a result of Defendants' illegal activities.

7      61.    That the Court order Defendants to pay WMC's general, special, actual and

8  statutory damages, including Defendants' profits, for Defendants' willful infringement of

9  WMC's copyrights and/or trademarks.

10      62.    That the Court order Defendants to pay to WMC the costs of this action and

11  the reasonable attorney's fees incurred by WMC in prosecuting this action.

12      63.    That the Court grant to WMC such other and additional relief as is just and

13  proper.

14  Dated:  May 21, 2008.                    Respectfully submitted,

15                               **KIRKPATRICK & LOCKHART**
                             **PRESTON GATES ELLIS LLP**

16

17                               By: _Kjirstin Graham_

18                                   Kjirstin J. Graham

19                               Attorneys for Plaintiff

20                               WALL MOUNTAIN COMPANY, INC.

21

22

23

24

25

26  COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                 15

## DEMAND FOR JURY TRIAL

Plaintiff Wall Mountain Company, Inc. demands that this action be tried to a jury.

Dated: May 21, 2008.                    Respectfully submitted,

**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**

By: _Kjirstin Graham_
      Kjirstin J. Graham

Attorneys for Plaintiff

WALL MOUNTAIN COMPANY, INC.

COMPLAINT FOR WILLFUL COPYRIGHT
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN., CONSTRUCTIVE TRUST
AND ACCOUNTING -                         16

## COUNTER NOTICE REGARDING REMOVED LISTING*

**I. Penalty of Perjury Statement.** I CERTIFY UNDER SWORN PENALTY OF PERJURY that I am sending this notification on the basis of my good faith belief that the listings or other materials referred to below do not involve infringing materials or uses and have been identified by a Verified Rights Owner (VeRO) Program participant, its agent, or law enforcement as infringing by mistake or due to misidentification: (List Items Below)   Item Numbers:

190192315928 - 360013168772 - 360015665488 - 190189796446 --
190191468606 - 190192316158 - 360014776042 - 360015665676 --
190192025179 - 190192025417

**II. Consent to Federal Jurisdiction.** I consent to the jurisdiction of the Federal District Court covering the address provided below, or if such address is outside the United States, I consent to jurisdiction of the Federal District Court, County of Santa Clara, California.

**III. Consent for Service of Process.** I agree to accept service of process from the Verified Intellectual Property Owner, its agent, or law enforcement.

**IV. Contact Information.** I certify that the following contact information is accurate and valid. I acknowledge that eBay will compare the contact information provided herein with my eBay contact information, and false or fraudulent information may result in suspension of my eBay account.

**V.** I understand that my knowing misrepresentation herein that material was removed by mistake or misidentification may make me liable under federal law for damages, including costs and attorneys' fees. See 17 U.S.C. section 512.

**VI.** I understand that if the reporting party disagrees with the Counter Notice it may file a legal action against me.

**VII. Acknowledgement.** I acknowledge that this notice is filed under penalty of perjury. I may be contacted at:

| | |
|---|---|
| Name | Gary Edwards |
| Street Address** | 15 Lion Court  Box 15  RR.# J |
| City and State: | Victoria Harbour, Ontario, Canada |
| Zip: | L0K2A0 |
| E-mail: | garyco28@yahoo.ca |
| Telephone: | 705-427-0393 |
| Fax: | same |
| Date: | January 21  2008 |
| Signature | |

*UNDER SWORN PENALTY OF PERJURY*

Fax this completed Counter Notice to eBay at (408) 516-8811. Attach to this notice any relevant correspondence, including emails, with eBay or the intellectual property owner.
* This Counter Notice complies substantially with the requirements of the Digital Millennium Copyright Act, 17 U.S.C. section 512.
** Please provide the street address at which you reside; a Post Office (P.O.) Box or the like is not sufficient.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-295-323**

EFFECTIVE DATE OF REGISTRATION

*10*  *24*  *2005*
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

ARC WELDING II

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

AUDIOVISUAL WORK

**2**
**a**

**NAME OF AUTHOR ▼**

WALL MOUNTAIN COMPANY, INC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire audiovisual work: script/ video/ post production, editing/ illustrations

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2002    Year in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month 10 Day 15 Year 2002
USA    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WALL MOUNTAIN COMPANY, INC
HCR 61 BOX 210A
BONNERS FERRY, ID 83805

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 24 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 24 2005    DVD/D

FUNDS RECEIVED

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY _____ FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**STEVE BLEILE**
**HCR 61 BOX 210A**
**BONNERS FERRY, ID 83805**

Area code and daytime telephone number    ( 208 ) 267-6122        Fax number    ( 208 ) 267-7016

Email wallmountain@imbris.net

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one box ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☒ authorized agent of   WALL MOUNTAIN COMPANY, INC
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**STEVEN BLEILE**        Date 10/21/05

Handwritten signature (X) ▼

X _Steve Bleile_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
**WALL MOUNTAIN COMPANY, INC**

Number/Street/Apt ▼
**HCR 61 BOX 210A**

City/State/ZIP ▼
**BONNERS FERRY, ID 83805**

**9**





# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGIST

**PA 990-840**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

EFFECTIVE DATE OF REGISTRATION

7    18    00
Month   Day   Year

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

OXY-ACETYLENE TORCH CUTTING

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

AUDIOVISUAL WORK

**2**
**a**

NAME OF AUTHOR ▼

WALL MOUNTAIN COMPANY, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☒ Citizen of ▶ _____
☐ Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

ENTIRE MOTION PICTURE

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999   ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 9   Day ▶ 15   Year ▶ 99
USA   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

WALL MOUNTAIN COMPANY, INC
HCR 61 BOX 210A
BONNERS FERRY, ID 83805

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED
2/3/00

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

WALL MOUNTAIN COMPANY, INC
STEVE BLEILE
HCR 61 BOX 210A
BONNERS FERRY, ID   83805

Area code and daytime telephone number ▶ ( 208 ) 267-6122          Fax number ▶ ( 208 ) 267-7016
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **WALL MOUNTAIN COMPANY, INC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

STEVEN BLEILE                                              Date ▶ 6/7/00
Handwritten signature (X) ▼

x _Steven Bleile_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
WALL MOUNTAIN COMPANY, INC
Number/Street/Apt ▼
HCR 61 BOX 210A
City/State/ZIP ▼
BONNERS FERRY, ID   83805

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form PA is $30

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000            ♻ PRINTED ON RECYCLED PAPER            ☆U.S GOVERNMENT PRINTING OFFICE: 1999-454-879/53
WEB REV: June 1999



Bay.com Item Bid History                    http://offer.ebay.com/ws/eBayISAPI.dll?ViewBids&item=190189796446

eb**Y** ®

Hi, wallmountain! (Sign out)

Buy  Sell  My eBay  Community  Help

Site Map

| 360013168772 | | All Categories | 🔽 | Search | Advanced Search |

**Categories ▾**   **Motors**   **Express**   **Stores**

eBay Security
Resolution Center

◄ Back to item description

# Bid History

ℹ️ To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 190189796446



TORCH CUTTING TRAINING VIDEO - DVD ( OXY-ACET WELDING)

Winning      US $12.50
bid:

**Bidders: 3    Bids: 5    Time Ended: Jan-18-08 21:52:10 PST**

ℹ️ **This item has ended.**

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

Show automatic bids

| Bidder ⑦ | Bid Amount | Bid Time |
|---|---|---|
| dcb1076 ( 229 ⭐ ) | **US $12.50** | **Jan-18-08 21:52:03 PST** |
| v***e ( 5 ) | US $12.00 | Jan-18-08 09:26:54 PST |
| a***d ( 228 ⭐ ) | US $12.00 | Jan-18-08 19:02:40 PST |
| a***d ( 228 ⭐ ) | US $10.00 | Jan-18-08 17:42:52 PST |
| a***d ( 228 ⭐ ) | US $8.00 | Jan-17-08 19:34:27 PST |
| Starting Price | US $7.99 | Jan-11-08 21:52:10 PST |

If you and another bidder placed the same bid amount, the earlier bid takes priority. You can retract your bid under certain circumstances only.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

4/18/2008 6:26 AM

eBay.com Item Bid History                    http://offer.ebay.com/ws/eBayISAPI.dll?ViewBids&item=360013168772



Hi, wallmountain! (Sign out)

Buy  Sell  My eBay  Community  Help

Site Map

360014776042          All Categories          Search    Advanced Search

Categories ▾    Motors    Express    Stores                    eBay Security & Resolution Center

◂ Back to item description

# Bid History

ⓘ To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 360013168772



ARC WELDING TRAINING VIDEO - DVD

Winning bid:     US $13.50

**Bidders: 3    Bids: 5    Time Ended: Jan-18-08 22:19:21 PST**

ⓘ **This item has ended.**

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

Show automatic bids

| Bidder ⓘ | Bid Amount | Bid Time |
|---|---|---|
| **basil338 ( 83 ☆ )** | **US $13.50** | **Jan-18-08 21:37:11 PST** |
| v***e ( 5 ) | US $13.00 | Jan-18-08 09:27:48 PST |
| a***d ( 228 ☆ ) | US $12.00 | Jan-18-08 19:03:00 PST |
| a***d ( 228 ☆ ) | US $10.00 | Jan-18-08 17:43:04 PST |
| a***d ( 228 ☆ ) | US $8.00 | Jan-17-08 19:35:44 PST |
| Starting Price | US $7.99 | Jan-11-08 22:19:21 PST |

If you and another bidder placed the same bid amount, the earlier bid takes priority. You can retract your bid under certain circumstances only.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help



Hi, wallmountain! (Sign out)

Buy  Sell  My eBay  Community  Help

Site Map

| 190192025179 | | All Categories | | Search | Advanced Search |

**Categories ▾**   **Motors**   **Express**   **Stores**

eBay Security &
Resolution Center

# Buyers History

Item number:  190191468606



ARC WELDING TRAINING VIDEO - DVD

Quantity:  0 Available

## Purchase history

| User ID | Buy It Now Price | Qty | Date of Purchase |
|---|---|---|---|
| redseadiver1 ( 228 ☆ ) | US $12.99 | 1 | Jan-18-08 19:08:21 PST |
| gcfinder ( 85 ☆ ) | US $12.99 | 1 | Jan-18-08 21:07:47 PST |

## Offer history

| User ID | Offer Status | Qty | Date of Offer |
|---|---|---|---|
| 3***s ( 83 ☆ ) | Declined | 1 | Jan-18-08 08:06:02 PST |

*** Member IDs have been partially hidden to keep users anonymous.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

4/18/2008 6:23 AM

Bay.com Item Purchase History                          http://offer.ebay.com/ws/eBayISAPI.dll?ViewBidsLogin&item=36001...

 Hi, wallmountain! (Sign out)

Buy   Sell   My eBay   Community   Help

Site Map

| 190191468806 | All Categories | Search | Advanced Search |

Categories ▾   Motors   Express   Stores                          eBay Security & Resolution Center

# Buyers History

Item number: 360014776042



TORCH CUTTING TRAINING VIDEO – DVD ( OXY-ACET WELDING)
Quantity:    0 Available

## Purchase history

| User ID | Buy It Now Price | Qty | Date of Purchase |
|---|---|---|---|
| redseadiver1 ( 228 ☆ ) | US $11.99 | 1 | Jan-18-08 19:08:36 PST |
| nswst8 ( 398 ☆ ) | US $11.99 | 1 | Jan-18-08 20:24:53 PST |

## Offer history

| User ID | Offer Status | Qty | Date of Offer |
|---|---|---|---|
| 3***s  ( 83 ☆ ) | Declined | 1 | Jan-18-08 08:05:29 PST |

*** Member IDs have been partially hidden to keep users anonymous.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



Buy  Sell  My eBay  Community  Help

Hi, wallmountain! (Sign out)                                         Site Map

| 190192025417 | | All Categories | ▼ | Search | Advanced Search |

**Categories ▾   Motors   Express   Stores**                         eBay Security & Resolution Center

◄ Back to item description

# Bid History

☒ To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent
emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item
can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 190192025179



ARC WELDING TRAINING VIDEO - DVD

**Winning
bid:**          US $11.51

**Bidders: 2     Bids: 3     Time Ended: Jan-21-08 11:23:50 PST**

☒ **This item has ended.**

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be
placed days or hours before a listing ends. Learn more about bidding.

Show automatic bids

| Bidder ⑦ | Bid Amount | Bid Time |
|---|---|---|
| **paddypatch28 ( 13 ☆ )** | **US $11.51** | **Jan-21-08 00:25:45 PST** |
| p***c ( 25 ☆ ) | US $11.01 | Jan-19-08 11:15:45 PST |
| paddypatch28 ( 13 ☆ ) | US $9.00 | Jan-21-08 00:15:05 PST |
| Starting Price | US $7.99 | Jan-19-08 07:37:05 PST |

If you and another bidder placed the same bid amount, the earlier bid takes priority. You can retract your bid
under certain circumstances only.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their
respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eBay.com Item Bid History                    http://offer.ebay.com/ws/eBayISAPI.dll?ViewBids&item=190192025417



| | Buy  Sell  My eBay  Community  Help |
|---|---|
| Hi, wallmountain! (Sign out) | Site Map |

| 360024605038 | | All Categories | | Search | Advanced Search |

**Categories ▼   Motors   Express   Stores**                    eBay Security & Resolution Center

← Back to item description

# Bid History

ⓘ To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 190192025417



TORCH CUTTING TRAINING VIDEO - DVD ( OXY-ACET WELDING)

Winning bid:    US $7.99

## Bidders: 1    Bids: 1    Time Ended: Jan-21-08 11:24:01 PST

ⓘ **This item has ended.**

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

| Bidder ⓘ | Bid Amount | Bid Time |
|---|---|---|
| **domsigouin ( 2 )** | **US $7.99** | **Jan-19-08 10:28:30 PST** |
| Starting Price | US $7.99 | Jan-19-08 07:38:20 PST |

If you and another bidder placed the same bid amount, the earlier bid takes priority. You can retract your bid under certain circumstances only.

---

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Electronic Notice of Claimed Infringement

Wall Mountain Company, Inc/ Steve Bleile
(Original Signature on File)

Date: 01/20/08

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am, the owner, or an agent authorized to act on behalf of the owner,
of certain intellectual property rights ("IP Owner");
* I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
* The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At
Name of IP Owner: Wall Mountain Company, Inc
Name and Title: Steve Bleile, President
Company: Wall Mountain Company, Inc.
Address: PO Box 1167
City, State, and Zip: Bonners Ferry, ID 83805
Email address (for correspondence with eBay): wallmountain@weldingvideos.com
Email address (to be given to eBay sellers): info@wallmountain.com
Telephone: 208 267-6122
Fax: 208 267-7016

Reason Codes (note that the numbers may not appear to be sequential
everywhere. This is not a mistake, but simply reflects that the reason
codes are not legally applicable in all countries)

3/25/2008

Copyright - item infringement
3.3. Item(s) is an unlawful copy of media (software, games, movies, etc.)

Copyright - listing content infringement
4.1. Listing(s) uses unauthorized copy of copyrighted text

Ebay ID: garyco2006
Reason Code: 3.3, 4.3
Infringing Item Number: 190192025179
Title: Arc Welding Training Video - DVD

Ebay ID: garyco2006
Reason Code: 3.3
Infringing Item Number: 190192025417
Title: Torch Cutting Training Video - DVD

Ebay ID: garyco2006
Reason Code: 3.3
Infringing Item Number: 190189796446
Title: Torch Cutting Training Video - DVD

Ebay ID: garyco2006
Reason Code: 3.3
Infringing Item Number: 360014776042
Title: Torch Cutting Training Video - DVD

Ebay ID: garyco2006
Reason Code: 3.3, 4.3
Infringing Item Number: 190191468606
Title: Arc Welding Training Video - DVD

Ebay ID: garyco2006
Reason Code: 3.3, 4.3
Infringing Item Number: 360013168772
Title: Arc Welding Training Video - DVD

Ebay ID: garyco2006 is auctioning multiple copies of WMC's instructional welding DVDs in brand new condition at a Buy It Now price lower than our wholesale price. Ebay ID: garyco2006 has copied images and text from WMC's Ebay auctions.

We have a good faith belief that the welding DVDs listed above by Ebay ID: garyco2006 are unlawful copies of Wall Mountain Company, Inc.'s instructional welding DVDs.

Truthfully,

/S/: Steve Bleile

3/25/2008



**VeRO Program**
**P.O. Box 1497**
**Draper, UT 84020**
**Phone (408) 376-6132**
**Fax (408) 516-8811**
**www.ebay.com**

Monday, January 28, 2008

<u>Via Fax and Regular Mail</u>

Steven Bleile
Wall Mountain Company, Inc.
PO Box 1167
Bonners Ferry, ID 83805

Re: <u>Counter Notice Regarding Removed Listing(s)</u>

Dear Steven,

Enclosed is a Counter Notice that was completed by an eBay user. This user believes that the noted listings, which you requested be ended, were removed in error.

Since eBay neither sees nor inspects any of the items that are offered for sale on the site, we are unable to judge their authenticity or legality. However, recognizing that errors may be made or there may be genuine disputes over the legality of items, eBay follows a Counter Notice procedure for handling situations where a user disputes the removal of their listing. This procedure substantially follows the requirements of the Digital Millennium Copyright Act, 17 U.S.C. section 512, as amended.

Please note that if, within 10 business days after receipt of this letter, we do not receive notification that you have filed an action in federal court seeking an order to restrain the user from re-listing, we are required to allow the seller to repost the listings we removed from eBay pursuant to your notice.

Accordingly, please notify us by February 11, 2008 whether you have sought the necessary court order. Otherwise, we will allow the user to repost the removed listing. Alternatively, you may notify us immediately that the items may be relisted and we will notify the user.

Please let us know if you have any questions.

Very truly yours,

*Yuri*

VeRO Program
Fax: (408) 516-8811
vero@ebay.com

Enclosures

cc: Michael Richter
Associate General Counsel, Litigation

## COUNTER NOTICE REGARDING REMOVED LISTING*

**I. Penalty of Perjury Statement.** I CERTIFY UNDER SWORN PENALTY OF PERJURY that I am sending this notification on the basis of my good faith belief that the listings or other materials referred to below do not involve infringing materials or uses and have been identified by a Verified Rights Owner (VeRO) Program participant, its agent, or law enforcement as infringing by mistake or due to misidentification: (List Items Below)   Item Numbers:

190192315928 – 360013168772 – 360015665488 – 190189796446 –
190191468606 – 190192316158 – 360014776042 – 360015665676 –
190192025179 – 190192025417

**II. Consent to Federal Jurisdiction.** I consent to the jurisdiction of the Federal District Court covering the address provided below, or if such address is outside the United States, I consent to jurisdiction of the Federal District Court, County of Santa Clara, California.

**III. Consent for Service of Process.** I agree to accept service of process from the Verified Intellectual Property Owner, its agent, or law enforcement.

**IV. Contact Information.** I certify that the following contact information is accurate and valid. I acknowledge that eBay will compare the contact information provided herein with my eBay contact information, and false or fraudulent information may result in suspension of my eBay account.

**V.** I understand that my knowing misrepresentation herein that material was removed by mistake or misidentification may make me liable under federal law for damages, including costs and attorneys' fees. See 17 U.S.C. section 512.

**VI.** I understand that if the reporting party disagrees with the Counter Notice it may file a legal action against me.

**VII. Acknowledgement.** I acknowledge that this notice is filed under penalty of perjury. I may be contacted at:

| | |
|---|---|
| Name | Gary Edwards |
| Street Address** | 15 Lion Court  Box 15  RR # 1 |
| City and State: | Victoria Harbour, Ontario, Canada |
| Zip: | L0K2A0 |
| E-mail: | garyco28@yahoo.ca |
| Telephone: | 705-427-0393 |
| Fax: | same |
| Date: | January 21  2008 |
| Signature | *UNDER SWORN PENALTY OF PERJURY* |

**Fax this completed Counter Notice to eBay at (408) 516-8811.** Attach to this notice any relevant correspondence, including emails, with eBay or the intellectual property owner.
\* This Counter Notice complies substantially with the requirements of the Digital Millennium Copyright Act, 17 U.S.C. section 512.
\*\* Please provide the street address at which you reside; a Post Office (P.O.) Box or the like is not sufficient.

 ®

Hi, wallmountain! (Sign out)

Buy  Sell  My eBay  Community  Help

Site Map

| 190199466566 | | All Categories | ☒ | 🔍Search | Advanced Search |

**Categories ▾   Motors   Express   Stores**                    eBay Security &
Resolution Center

# Buyers History

Item number: 360024605038



TORCH CUTTING TRAINING VIDEO - DVD ( OXY-ACET WELDING)
Quantity:     0 Available

## Purchase history

| User ID | Buy It Now Price | Qty | Date of Purchase |
|---|---|---|---|
| gulfseas ( 146 ☆ ) | US $11.99 | 1 | Feb-16-08 16:19:40 PST |
| studio398 ( 120 ☆ ) | US $11.99 | 1 | Feb-17-08 09:41:30 PST |

## Offer history

| User ID | Offer Status | Qty | Date of Offer |
|---|---|---|---|
| No offers have been placed. | | | |

*** Member IDs have been partially hidden to keep users anonymous.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eBay.com Item Bid History                    http://offer.ebay.com/ws/eBayISAPI.dll?ViewBids&item=190199466566

 Hi, wallmountain! (Sign out)

Buy   Sell   My eBay   Community   Help

Site Map

360024604442        All Categories        Search    Advanced Search

**Categories▾   Motors   Express   Stores**                    eBay Security & Resolution Center

◄ Back to item description

# Bid History

To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 190199466566



ARC WELDING TRAINING VIDEO - DVD

Winning bid:        **US $10.50**

## Bidders: 2     Bids: 2     Time Ended: Feb-17-08 13:30:57 PST

**This item has ended.**

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

Show automatic bids

| Bidder ? | Bid Amount | Bid Time |
|---|---|---|
| studio398 ( 120 ⭐ ) | **US $10.50** | **Feb-17-08 09:46:08 PST** |
| l***a ( 224 ⭐ ) | US $10.00 | Feb-17-08 08:24:11 PST |
| Starting Price | US $9.99 | Feb-16-08 13:30:57 PST |

If you and another bidder placed the same bid amount, the earlier bid takes priority. You can retract your bid under certain circumstances only.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Bay.com Item Bid History                    http://offer.ebay.com/ws/eBayISAPI.dll?ViewBids&item=360024605950



Buy   Sell   My eBay   Community   Help

Hi, wallmountaini (Sign out)                                    Site Map

| 190201091173 | All Categories | [Search] | Advanced Search |

**Categories ▾**   Motors   Express   Stores                    [eBay Security &
Resolution Center]

**←** Back to item description

# Bid History

🔲 To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent
   emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item
   can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 360024605950



TORCH CUTTING TRAINING VIDEO - DVD ( OXY-ACET WELDING)

Winning       **US $15.01**
bid:

## Bidders: 2   Bids: 5    Time Ended: Feb-17-08 13:38:34 PST

🔲 **This item has ended.**

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be
placed days or hours before a listing ends. Learn more about bidding.

                                                      Show automatic bids

| Bidder ⑦ | Bid Amount | Bid Time |
|---|---|---|
| **nellelain ( 224 ⭐ )** | **US $15.01** | **Feb-17-08 08:27:36 PST** |
| k***2 ( 19 ⭐ ) | US $15.00 | Feb-17-08 04:12:57 PST |
| nellelain ( 224 ⭐ ) | US $13.14 | Feb-17-08 08:27:04 PST |
| nellelain ( 224 ⭐ ) | US $12.13 | Feb-17-08 08:26:32 PST |
| nellelain ( 224 ⭐ ) | US $10.49 | Feb-17-08 08:25:28 PST |
| Starting Price | US $9.99 | Feb-16-08 13:38:34 PST |

If you and another bidder placed the same bid amount, the earlier bid takes priority. You can retract your bid
under certain circumstances only.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

iBay.com Item Purchase History                    http://offer.ebay.com/ws/eBayISAPI.dll?ViewBidsLogin&item=36002...

 HI, wallmountain! (Sign out)

Buy  Sell  My eBay  Community  Help

Site Map

| 360024605950 | | All Categories | Search | Advanced Search |

**Categories ▼   Motors   Express   Stores**

eBay Security & Resolution Center

# Buyers History

Item number: 360024604442



ARC WELDING TRAINING VIDEO - DVD
Quantity:     0 Available

## Purchase history

| User ID | Buy It Now Price | Qty | Date of Purchase |
|---------|------------------|-----|------------------|
| jjfcatfutebol ( 40 ☆ ) | US $14.99 | 1 | Feb-23-08 13:30:12 PST |

## Offer history

| User ID | Offer Status | Qty | Date of Offer |
|---------|--------------|-----|---------------|
| afva99 ( 169 ☆ ) | Accepted | 1 | Feb-22-08 10:11:16 PST |

*** Member IDs have been partially hidden to keep users anonymous.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

4/18/2008 6:12 AM

eBay.com Item Bid History

file:///C:/Documents%20and%20Settings/Steve/Desktop/Keyes/garyco...



Hi, wallmountain! (Sign out)

Buy  Sell  My eBay  Community  Help

Site Map

| Categories ▾  Motors  Express  Stores | All Categories | Search | Advanced Search |

eBay Security & Resolution Center

⬅ Back to item description

# Bid History

ℹ️ To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 190201091173



TORCH CUTTING TRAINING VIDEO - DVD ( OXY-ACET WELDING)

Winning bid:  US $26.69

## Bidders: 3    Bids: 13    Time Ended: Feb-29-08 09:14:01 PST

ℹ️ This item has ended.

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

Show automatic bids

| Bidder ⓘ | Bid Amount | Bid Time |
|---|---|---|
| twkjrk ( 0 ) | US $26.69 | Feb-27-08 11:08:19 PST |
| a***v ( 169 ⭐ ) | US $25.69 | Feb-27-08 07:36:59 PST |
| twkjrk ( 0 ) | US $25.00 | Feb-27-08 11:07:49 PST |
| twkjrk ( 0 ) | US $24.00 | Feb-27-08 11:07:35 PST |
| twkjrk ( 0 ) | US $23.00 | Feb-27-08 11:07:03 PST |
| twkjrk ( 0 ) | US $22.00 | Feb-25-08 19:30:54 PST |
| y***u ( 143 ⭐ ) | US $21.00 | Feb-24-08 16:02:37 PST |
| twkjrk ( 0 ) | US $21.00 | Feb-25-08 19:30:27 PST |
| twkjrk ( 0 ) | US $20.00 | Feb-25-08 19:29:46 PST |
| a***v ( 169 ⭐ ) | US $17.84 | Feb-24-08 10:26:29 PST |
| y***u ( 143 ⭐ ) | US $16.50 | Feb-22-08 09:37:10 PST |
| a***v ( 169 ⭐ ) | US $15.87 | Feb-24-08 10:26:02 PST |
| a***v ( 169 ⭐ ) | US $9.00 | Feb-22-08 09:58:22 PST |

4/

2

4/18/2008 10:07 ...

**ebaY®**

Hi, wallmountain! (Sign out)

Buy   Sell   My eBay   Community   Help

Site Map

| All Categories | Search | Advanced Search

**Categories ▾   Motors   Express   Stores**

eBay Security & Resolution Center

⇐ Back to item description

# Bid History

ℹ️ To help keep the eBay community safe, enhance bidder privacy, and protect our members from fraudulent emails, eBay has changed how User IDs display on the bid history page. Only you and the seller of the item can view your User ID, all other members will see anonymous user IDs, such as x***y.

Item number: 190201092298



ARC WELDING TRAINING VIDEO - DVD

Winning bid:    **US $17.00**

## Bidders: 3    Bids: 3    Time Ended: Feb-29-08 09:19:14 PST

ℹ️ **This item has ended.**

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

Show automatic bids

| Bidder ⑦ | Bid Amount | Bid Time |
|---|---|---|
| twkjrk ( 0 ) | **US $17.00** | **Feb-25-08 19:27:14 PST** |
| y***u ( 143 ⭐ ) | US $16.50 | Feb-22-08 09:37:39 PST |
| a***v ( 169 ⭐ ) | US $12.57 | Feb-22-08 09:59:11 PST |
| Starting Price | US $9.99 | Feb-22-08 09:19:14 PST |

If you and another bidder placed the same bid amount, the earlier bid takes priority. You can retract your bid under certain circumstances only.

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time





# CIVIL COVER SHEET

JS 44 (Rev. 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

WALL MOUNTAIN COMPANY, INC., an Idaho corporation

## DEFENDANTS

GARY EDWARDS, an individual, DOES 1-25

**(b)** County of Residence of First Listed Plaintiff   Boundary
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kjirstin J. Graham
Kirkpatrick & Lockhart Preston Gates Ellis LLP
618 West Riverside Avenue, Ste. 300
Spokane, WA 99201

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [ ] 362 Personal Injury — Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities — Employment
- [ ] 446 Amer. w/Disabilities — Other
- [ ] 440 Other Civil Rights

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

### FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus — Alien Detainee
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC Sections 501, et. seq.; 15 USC Section 1125, et. seq.

Brief description of cause:
Copyright infringement, false designation of origin and constructive trust and accounting

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE  5/21/08

SIGNATURE OF ATTORNEY OF RECORD   Kjirstin Graham