RACHEL R. DAVIDSON (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: 415-882-8200
Facsimile: 415-882-8220

J. MICHAEL KEYES, *Pro Hac Vice Application to be filed*
KJIRSTIN J. GRAHAM (State Bar No. 239485)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Plaintiff
WALL MOUNTAIN COMPANY, INC.

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALL MOUNTAIN COMPANY, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY EDWARDS, an individual, DOES 1 through 25,<br><br>Defendants. | CV No. 08 2579<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO CIVIL L.R. 3-16** |

ORIGINAL

PVT

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no interested parties to report.

Dated: May 21, 2008

Respectfully submitted,

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By: /s/ Kjirstin Graham

Kjirstin J. Graham

Attorneys for Plaintiff

WALL MOUNTAIN COMPANY, INC.