# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | |
|---|---|
| WALL MOUNTAIN COMPANY, INC., an Idaho corp. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| GARY EDWARDS, an individual, and DOES 1-25 ) | |
| Defendant ) | |

**Summons in a Civil Action**

PVT

To: GARY EDWARDS and DOES 1-25
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kjirstin J. Graham
Kirkpatrick & Lockhart Preston Gates Ellis LLP
618 West Riverside Avenue, Ste. 300
Spokane, WA 99201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____    MARY ANN BUCKLEY
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)