RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: 415-882-8200
Facsimile: 415-882-8220

J. MICHAEL KEYES, *Pro Hac Vice Application to be filed*
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Plaintiff
WALL MOUNTAIN COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALL MOUNTAIN COMPANY, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY EDWARDS, an individual, DOES 1 through 25,<br><br>Defendants. | No. CV08 2579 PVT<br><br>**DECLARATION OF KJIRSTIN GRAHAM IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE DEADLINE TO FILE RULE 26(F) REPORT AND CASE MANAGEMENT STATEMENT AND DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

DECLARATION OF KJIRSTIN GRAHAM -    1

I, Kjirstin Graham, declare as follows:

1. I am an attorney admitted to practice before this Court in this matter. I am an associate in the law firm of K&L Gates LLP, attorneys of record for Plaintiff Wall Mountain Company, Inc. ("Plaintiff") in this proceeding. Except for those matters stated on information and belief, I make this declaration based on personal knowledge as to the matters set forth below.

2. Plaintiff is still in the process of attempting to serve the Summons and Complaint filed in this matter to Defendant Gary Edwards ("Defendant").

3. On information and belief, Defendant is a resident of Ontario, Canada, and resides at the address at which Defendant agreed to accept service in his eBay Counter Notice Regarding Removed Listing, attached as Exhibit A to Plaintiff's Complaint.

4. The Canadian process server that our office retained on behalf of Plaintiff informed us that, on June 25, 2008, an adult resident was served with the Summons and Complaint at Defendant's stated address, but told the process server that no one by the name Gary Edwards resided at that address.

5. After protracted efforts to locate correct contact information for the Hague Convention authority in Ontario, Canada, on August 19, 2008, our office, on behalf of Plaintiff, applied to the Ontario Court of Justice for service of process on Defendant pursuant to the Hague Convention.

6. We were informed that service through the Hague Convention could take up to four to six weeks.

7. If service of process through the Hague Convention is unsuccessful, we intend to apply, on behalf of Plaintiff, to this Court for an Order allowing an alternative service of process method.

DECLARATION OF KJIRSTIN GRAHAM -        2

1  EXECUTED this 25th day of August, 2008, by Kjirstin Graham.

*[signature]*

Kjirstin Graham

DECLARATION OF KJIRSTIN GRAHAM -        3