RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: 415-882-8200
Facsimile: 415-882-8220

J. MICHAEL KEYES, *Pro Hac Vice Application to be filed*
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Plaintiff
WALL MOUNTAIN COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALL MOUNTAIN COMPANY, INC., an Idaho corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>GARY EDWARDS, an individual, DOES 1 through 25,<br><br>                     Defendants. | No. CV08 2579 PVT<br><br>**PLAINTIFF'S MOTION (AND ~~PROPOSED~~ ORDER) TO CONTINUE DEADLINE TO FILE RULE 26(F) REPORT AND CASE MANAGEMENT STATEMENT AND DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

MOTION TO CONTINUE
DEADLINE TO FILE RULE 26(F) REPORT
& CASE MANAGEMENT STATEMENT AND
DATE OF CASE MANAGEMENT CONFERENCE   1

1       Pursuant to Local Rule 6-3, Plaintiff Wall Mountain Company, Inc. hereby moves to
2 continue for 60 days:
3       1) the deadline to file the Rule 26(f) Report and Case Management Statement from its
4 present date of September 2, 2008; and
5       2) the Initial Case Management Conference 60 days from the present date of
6 September 9, 2008.
7       This is the first request to extend theses dates. The requested extension would not
8 affect the current schedule for the case.
9       The additional time is needed because, despite diligent efforts, Plaintiff is still in the
10 process of attempting to serve the Summons and Complaint to Defendant Gary Edwards
11 ("Defendant"). Declaration of Kjirstin J. Graham, ¶ 2. On information and belief, Defendant
12 is a resident of Ontario, Canada, and resides at the address at which Defendant agreed to
13 accept service in his eBay Counter Notice Regarding Removed Listing, attached as Exhibit A
14 to Plaintiff's Complaint. *Id.* at ¶ 3. On June 25, 2008, Plaintiff's process server served an
15 adult resident at that address, but was informed that no one by the name "Gary Edwards"
16 resided at that address. *Id.* at ¶ 4. On August 19, 2008, Plaintiff applied to the Ontario Court
17 of Justice for service of process on Defendant pursuant to the Hague Convention. *Id.* at ¶ 5.
18 Plaintiff's counsel has been informed that service pursuant to the Hague Convention could
19 take up to four to six weeks. *Id.* at ¶ 6. If service of process pursuant to the Hague
20 Convention is unsuccessful, Plaintiff intends to apply to this Court for an Order allowing an
21 alternative service of process method. *Id.* at ¶ 7.
22 //
23 //
24
25
26 MOTION TO CONTINUE
DEADLINE TO FILE RULE 26(F) REPORT
& CASE MANAGEMENT STATEMENT AND
DATE OF CASE MANAGEMENT CONFERENCE   2

Additional time before the filing of the Rule 26(f) Report and Initial Case Management Initial and before the Initial Case Management Conference might save legal expenses for Plaintiff, as well as save judicial resources.

Dated: August 25th, 2008.

Respectfully submitted,

K&L GATES LLP

By: /s/ Kjirstin Graham
Kjirstin J. Graham
Attorneys for Plaintiff
WALL MOUNTAIN COMPANY, INC.

The Court has considered the foregoing Motion and hereby modifies the date for filing the Rule 26(f) Report and Case Management Statement to  11/12/08 , and the date of the Initial Case Management Conference to  11/18/08 .

Date:  8/26/08

/s/ Patricia V. Trumbull
Magistrate Judge Patricia V. Trumbull

MOTION TO CONTINUE
DEADLINE TO FILE RULE 26(F) REPORT
& CASE MANAGEMENT STATEMENT AND
DATE OF CASE MANAGEMENT CONFERENCE   3