UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALL MOUNTAIN COMPANY, INC., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>GARY EDWARDS,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　　)<br>_____ ) | Case No.: C 08-2579 PVT<br><br>**ORDER** C**ontinuing** C**ase** M**anagement** C**onference**; **ORDER** C**ontinuing** P**laintiff's** M**otion re** S**ervice**; **and ORDER** O**pening** D**iscovery for the** S**ole** P**urpose of** A**llowing** P**laintiff to** S**eek** I**nformation re** D**efendant's** A**ddress** |

　　　　On November 12, 2008, Plaintiff filed a Motion for Order That Service of Process on Defendant Gary Edwards Is Complete, or Alternatively, for Order Allowing Alternative Method of Service ("Plaintiff's Motion re Service"). Based on the moving papers and the file herein,

　　　　IT IS HEREBY ORDERED that the Case Management Conference in this matter is CONTINUED to February 24, 2008 at 2:00 p.m..

　　　　IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion re Service is CONTINUED to February 10, 2008 at 10:00 a.m.

　　　　IT IS FURTHER ORDERED that discovery is deemed open for the sole purpose of Plaintiff seeking to discover Defendant's current address from: 1) Yahoo!; 2) Rogers Wireless; and/or 3) the postal authority in Victoria Harbor, Ontario, Canada.

Dated: *11/13/08*

　　　　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

O**rder**, *page 1*