UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WALL MOUNTAIN COMPANY, INC., | ) | Case No. C 08-2579 PVT |
| Plaintiff, | ) | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| GARY EDWARDS, | ) | |
| Defendant. | ) | |

On April 28, 2009, Defendant failed to appear for the Case Management Conference in this action. On July 22, 2009, Defendant filed a document in which he notes he is unable to appear personally in this court. Therefore,

IT IS HEREBY ORDERED that the Case Management Conference is rescheduled for September 29, 2009 at 2:00 p.m. in Courtroom 5 of this court. The parties shall file a Joint Case Management Conference Statement no later than September 22, 2009.

IT IS FURTHER ORDERED that Defendant Gary Edwards shall contact chambers (Courtroom Deputy Corinne Lew at (408) 535-5378) no later than September 22, 2009 to make arrangements to appear by telephone at the Case Management Conference.

Dated: *8/17/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

**Counsel automatically notified of this filing via the court's Electronic Case Filing system.**

copies mailed on   *8/18/09*            to:

Gary Edwards
Box 15
RR #1
Victoria Harbour, Ontario
Canada   L0K2A0

          */s/ Donna Kirchner         for*
          CORINNE LEW
          Courtroom Deputy