UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALL MOUNTAIN COMPANY, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GARY EDWARDS,<br><br>          Defendant.<br>_____ | Case No. C 08-2579 PVT<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**EXTENDING TIME FOR DEFENDANT TO RESPOND TO DISCOVERY** |

On January 4, 2010, Plaintiff filed a second motion for summary judgment. Defendant opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order. Based on the foregoing filings, and the file herein,

IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for summary judgment is CONTINUED to May 11, 2010. Plaintiff may file supplemental papers no later than April 29, 2010, to incorporate any information or documents that Defendant provides in response to Plaintiff's discovery requests by the deadline set forth herein. Defendant may respond to Plaintiff's supplemental papers no later than May 5, 2010.

IT IS FURTHER ORDERED that the time for Defendant to respond to the discovery requests previously propounded on him by Plaintiff is extended to April 19, 2010. Defendant is cautioned that failure to adequately respond will result in monetary, evidentiary and/or issue preclusion

ORDER, *page 1*

1 sanctions. Further, failure to properly respond to Plaintiff's requests for admissions by that date will
2 result in the requests for admissions being deemed admitted. *See* Federal Rules of Civil Procedure
3 36(a)(3).

4 Dated: *March 26, 2010*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge