UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALL MOUNTAIN COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY EDWARDS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 08-2579 PVT <br><br> **ORDER** VACATING TRIAL AND PRETRIAL CONFERENCE DATES; AND SETTING DATE FOR TRIAL SETTING CONFERENCE |

It has come to the court's attention that its most recent order continued the hearing on Plaintiff's second motion for summary judgment beyond the currently set May 3, 2010 trial date.

IT IS HEREBY ORDERED that the trial and pretrial conference dates are VACATED.

IT IS FURTHER ORDERED that a trial scheduling conference shall be held at 2:00 p.m. on May 25, 2010.

Dated: *April 14, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*